AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Stephen A. Mao,

          Plaintiff,

  v.

John Giang Ly,

          Defendant.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:20-cv-01900-APG-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of Plaintiff, Stephen A. Mao, and against Defendant, John Giang Ly, in the amount of $2,123,020.00.

IT IS FURTHER ORDERED that post-judgment interest shall accrue on the judgment from the date of entry until paid in full, as authorized under 28 U.S.C. § 1961.

12/3/2020
_____
Date

DEBRA K. KEMPI
Clerk

/s/ M. Reyes
Deputy Clerk